**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    In re Carl Emmanuel Lewis

Appellate case number:    01-21-00149-CV

Trial court case number:    2019-15182

Trial court:    280th District Court of Harris County

Appellant, Carl Emmanuel Lewis, filed a petition for writ of mandamus and an emergency request for emergency temporary stay of proceedings. Appellant's motion for an emergency temporary stay of proceedings is **denied.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date: March 30, 2021